IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Cr. No. H-21-364 |
| LEE TIPPETT | |

### UNOPPOSED FIRST MOTION TO CONTINUE SENTENCING

Defendant Lee Tippett moves this Court for a 90-day continuance of the sentencing hearing. The government is unopposed to this First Motion to Continue Sentencing.

On August 17, 2021, Mr. Tippett pleaded guilty to one count of conspiracy to commit honest services wire fraud and commodities fraud, in violation of 18 U.S.C. § 371. The objections deadline is October 5, 2021, and sentencing is set for October 26, 2021. *See* Order, ECF No. 17. Counsel received the PSR but needs additional time to review it, research potential objections, and confer with Mr. Tippett. He additionally needs time to collect and prepare mitigation materials.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By _/s/ Joshua Lake_
JOSHUA B. LAKE
Assistant Federal Public Defender
S.D. Tex. No. 2695263
Colorado State Bar No. 45285
440 Louisiana Street, Suite 1350
Houston, TX 77002-1056
    Telephone:    713.718.4600
    Fax:    713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Department of Justice Trial Attorney Leslie Garthwaite, who indicated that the government is unopposed to this motion.

                                            */s/ Joshua B. Lake*
                                            JOSHUA B. LAKE

## CERTIFICATE OF SERVICE

I certify that on October 1, 2021, a copy of the foregoing was served by Notification of Electronic Filing, and my office will email copies to Department of Justice Trial Attorney Leslie Garthwaite and United States Probation Officer Kimberly Jones.

                                            */s/ Joshua B. Lake*
                                            JOSHUA B. LAKE